# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AYALA,<br><br>             Plaintiff,<br><br>     v.<br><br>C.D.C., et al.,<br><br>             Defendants.<br>_____/ | CASE NO. CV-F-04-6194 REC LJO P<br><br>ORDER DENYING MOTION FOR JUDICIAL NOTICE AS UNNECESSARY, AND VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION<br><br>(Docs. 9 and 11) |

   Plaintiff Robert Ayala ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 10, 2005, the court dismissed plaintiff's complaint and ordered plaintiff to file an amended complaint within thirty days. On March 29, 2005, after more than thirty days passed and plaintiff failed to comply with or otherwise respond to the court's order, the court issued a Findings and Recommendations recommending dismissal of this action. On the same date, plaintiff filed an amended complaint. On April 14, 2005, plaintiff filed objections to the Findings and Recommendations and a motion for judicial notice of the filing of his amended complaint.

   "Judicial notice is an adjudicative device that alleviates the parties' evidentiary duties at trial, serving as a substitute for the conventional method of taking evidence to establish facts." York v. American Tel. & Tel. Co., 95 F.3d 948, 958 (10th Cir. 1996) (internal quotations omitted); see General Elec. Capital Corp. v. Lease Resolution Corp., 128 F.3d 1074, 1081 (7th Cir. 1997). It is unnecessary for the court to take judicial notice of the filing of plaintiff's amended complaint. The

///

court's file reflects that the amended complaint was filed. Accordingly, plaintiff's motion for judicial notice shall be denied as unnecessary.

Based on the filing of the amended complaint on the same date the Findings and Recommendations was filed, the court shall vacate the Findings and Recommendations. Plaintiff's amended complaint will be screened in due course. 28 U.S.C. § 1915A; First Informational Order.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for judicial notice, filed April 14, 2005, is denied as unnecessary; and

2. The Findings and Recommendations filed on March 29, 2005, is vacated.

IT IS SO ORDERED.

**Dated:   May 7, 2005**              /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE