# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AYALA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C.D.C., et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:04-CV-06194-REC-LJO-P<br><br>ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT NUNC PRO TUNC TO MAY 17, 2005<br><br>(Doc. 16) |

Plaintiff Robert Ayala ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 29, 2005, plaintiff filed a first amended complaint. On May 17, 2005, plaintiff submitted an amended complaint along with a motion that can best be characterized as seeking leave to file the amended complaint in order to cure a number of errors identified by plaintiff upon further review of his first amended complaint.

Plaintiff's motion shall be granted. The Clerk's Office filed in the amended complaint submitted by plaintiff on May 17, 2005. Despite the fact that it is identical to the first amended complaint save for the errors corrected by plaintiff, the complaint was and shall continue to be identified as the second amended complaint.

///
///
///
///
///

1

1   Based on the foregoing, plaintiff's motion to file an amended complaint is HEREBY
2   GRANTED nunc pro tunc to May 17, 2005.

4   IT IS SO ORDERED.

5   **Dated:   January 17, 2006**              /s/ Lawrence J. O'Neill
    b9ed48                                UNITED STATES MAGISTRATE JUDGE